UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:20-cv-518

| | |
|---|---|
| MARJORIE ACEVEDO,<br><br>                 Plaintiffs,<br>v.<br><br>TEUPEN NORTH AMERICA, INC.<br><br>                 Defendants. | **AFFIDAVIT OF SERVICE** |

NOW COMES L. Michelle Gessner, being over the age of eighteen (18) years and first being duly sworn, and deposes and states as follows:

That a copy of the **Complaint** [Doc 1] **Summons in a Civil Action** [Doc 2], **and Initial Case Assignment Packet** in above-captioned matter, were deposited with the United States Postal Service, registered certified mail, signature required, to Defendant Teupen North America, Inc. ("Defendant") at the address of its registered agent on file with the North Carolina Secretary of State. Said copies of the aforementioned pleadings were in fact received and signed for by Defendant on September 23, 2020 as evidenced by the executed return receipt attached hereto as Exhibit A.

(Remainder of Page Intentionally Left Blank)

FURTHER, THE AFFIANT SAYETH NOT.

This the 29thday of September 2020.

L. Michelle Gessner, NC State Bar No. 26590
GessnerLaw, PLLC
Post Office Box 78161
Charlotte, North Carolina 28271
Telephone: (844) 437-7637; Fax: (980) 206-0286
E-Mail: michelle@mgessnerlaw.com

Sworn and subscribed before me this the

29th day of September, 2020.

NOTARY PUBLIC

Laura Glinka

My Commission Expires: July 4, 2024

# EXHIBIT A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X K. Anthony ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) K. Anthony  C. Date of Delivery 9-25- |
| 1. Article Addressed to:<br>Teupen NA, Inc<br>Attn: Albert Guerrnien, RA<br>401 S Tryon St, Ste 3000<br>Charlotte NC 28202<br><br>9590 9402 5514 9249 1173 96 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7019 2280 0001 3495 7787 | ☐ Restricted Delivery |

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt