UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:20-cv-518

MARJORIE ACEVEDO,

    Plaintiff,

v.

TEUPEN NORTH AMERICA, INC.

    Defendant.

**PLAINTIFF'S MOTION FOR SANCTIONS PURSUANT TO RULE 11**

Plaintiff Marjorie Acevedo ("Ms. Acevedo"), by and through her undersigned counsel, hereby brings this Motion for Sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure against Defendant Teupen North America, Inc. ("Defendant" or "Teupen") and its counsel, Fisher Phillips:

    1. Defendant's Counterclaims appear to have only been brought for the improper purpose of retaliating against Ms. Acevedo for bringing a federal wrongful termination lawsuit.

    2. All of Defendant's vague and conclusory claims either (i) lack any evidentiary support, (ii) are without any damages, or (iii) are based on factual allegations disprovable by evidence in Defendant's own possession.

    3. Pursuant to the "safe harbor" provision of Rule 11(c)(2), Ms. Acevedo served a Motion for Sanctions and accompanying Memorandum of Law upon Defendant and Fisher Phillips on November 19, 2020. (*See* Letter from Ms. Gessner, attached as Exhibit A). Defendant subsequently filed amended Counterclaims, containing substantially the same legal

1

charges and allegations, without "appropriately correct[ing]" the basis of this Rule 11 motion. [ECF No. 8]; *see* F.R.C.P. 11(c)(2). Ms. Acevedo's original Rule 11 Motion and Memorandum of Law, served on Defendant on November 19, 2020, has been edited for clarity and length (to comply with this Court's word limit).

4. A memorandum of law in support of Ms. Acevedo's Motion to Dismiss is being submitted in conjunction with this motion.

5. Declarations of the Plaintiff (Ms. Acevedo) and undersigned counsel (Ms. Gessner) are also being submitted in conjunction with this motion, at Exhibit B and C accordingly.

6. For reasons fully described in the accompanying memorandum of law, Defendant's counterclaims appear to be for the improper purpose of retaliating against Ms. Acevedo and should be dismissed.

**WHEREFORE**, Plaintiff respectfully requests that this Court grant her Motion and impose sanctions including dismissal of Defendant's Counterclaims, order Defendant and Fisher Phillips to pay her reasonable attorney's fees, costs, and expenses incurred in defending the Counterclaims, and such other sanctions as the Court deems proper as a deterrent to future litigation abuses.

Respectfully submitted this 18th day of December 2020.

> */s/ L. Michelle Gessner*
> L. Michelle Gessner, NC State Bar No. 26590
> GESSNERLAW, PLLC
> Post Office Box 78161
> Charlotte, North Carolina 28271
> Telephone: (704) 234-7442; Fax: (980) 206-0286
> E-Mail: michelle@mgessnerlaw.com
> *Attorney for Plaintiff*