# EXHIBIT 4

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MARJORIE ACEVEDO,<br><br>Plaintiff,<br>v.<br><br>TEUPEN NORTH AMERICA, INC.,<br><br>Defendant. | Civil Action No. 3:20-CV-00518-FDW-DSC |

## DECLARATION OF GREG DEESE

I, Greg Deese, make this declaration pursuant to 28 U.S.C. § 1746 and state truthfully as follows:

1. I am over the age of 18. I am of sound mind, capable of making this declaration, and personally acquainted with the facts stated herein.

2. I am the IT Infrastructure & Security Manager at Parker Poe Adams & Bernstein LLP ("Parker Poe"). As the IT Infrastructure & Security Manager, I have access to Parker Poe's phone records.

3. Shalanna Pirtle, a partner at the firm, asked me to search for records of all calls in January 2020 from two phone numbers that Ms. Pirtle said were associated with Michelle Gessner ("Gessner")—one an office number (704-234-7442) and one a cell phone number (704-228-4535).

4. I searched Parker Poe's phone records from January 1, 2020 through January 31, 2020 for calls made by or to the two numbers provided. For that time period, four phone records were located:

   a. Two calls by Partner Keith Weddington to Ms. Gessner, one to her cell phone and one to her office line, on January 6, 2020;

1

      b. One call by Mr. Weddington to Ms. Gessner on January 7, 2020; and

      c. One call from Ms. Gessner to Mr. Weddington on January 7, 2020

No other phone records between Parker Poe and Ms. Gessner were located for the time period searched.

5. I declare under penalty of perjury that the foregoing is true and correct.

FURTHER THE DECLARANT SAYETH NOT.

Executed on January 4, 2020.

                                                            Greg Deese