# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:20-cv-518

| | |
|---|---|
| MARJORIE ACEVEDO, | |
| Plaintiff, | **MARJORIE ACEVEDO SUPPLEMENTAL DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS** |
| v. | |
| TEUPEN NORTH AMERICA, INC. | |
| Defendant. | |

I, Marjorie Acevedo, declare the following is true and correct under the penalty of perjury:

1. I am the plaintiff in this matter and I make this declaration in further support of my Motion for Rule 11 Sanctions, in reply to Defendant's Opposition to my motion.

2. I am aware that Defendant produced documents in opposition to my motion, including Verizon records. (ECF No. 16-2).

3. The records produced by Defendant indicate the value of my iPhone trade-in was approximately $400. While I do not have reason to dispute the records, the original purchase price of the iPhone 7 Plus (purchased about one year earlier) was approximately $860, which I had been paying in monthly installments. In order to trade in the iPhone to Verizon in the summer of 2018, I had to personally pay off the remaining approximately $570 owed. Defendant did not pay any amount for the iPhone 7.

1

Doc ID: 1dc6fe3caf649c9e50687ae18b492050f74b7dee

4. Regarding my iPhone 7 trade-in during the summer of 2018, Defendant never reimbursed me for the value of my iPhone, or the monthly Verizon credit Defendant appears to have received on my behalf.

*Marjorie Acevedo*
_____
Marjorie Acevedo

Doc ID: 1dc6fe3caf649c9e50687ae18b492050f74b7dee



Audit Trail

| | |
|---|---|
| TITLE | Acevedo - Reply - Declaration |
| FILE NAME | 2021-1-11 - Aceve... 11 Sanctions.pdf |
| DOCUMENT ID | 1dc6fe3caf649c9e50687ae18b492050f74b7dee |
| AUDIT TRAIL DATE FORMAT | MM / DD / YYYY |
| STATUS | ● Completed |

Document History

SENT  01 / 11 / 2021  Sent for signature to Marjorie Acevedo
16:53:45 UTC-5  (mpacheco71@gmail.com) from michelle@mgessnerlaw.com
IP: 104.12.17.97

VIEWED  01 / 11 / 2021  Viewed by Marjorie Acevedo (mpacheco71@gmail.com)
20:29:52 UTC-5  IP: 71.71.154.37

SIGNED  01 / 11 / 2021  Signed by Marjorie Acevedo (mpacheco71@gmail.com)
20:30:08 UTC-5  IP: 71.71.154.37

COMPLETED  01 / 11 / 2021  The document has been completed.
20:30:08 UTC-5

Powered by HELLOSIGN