# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00518-FDW-DSC

| | |
|---|---|
| **MARJORIE ACEVEDO,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **TEUPEN NORTH AMERICA INC.,** ) | |
| ) | |
| **Defendant.** ) | |

**THIS MATTER** is before the Court on the parties' "[Cross-] Motion[s] to Compel …" (documents ##30 and 31).

Each party seeks to compel the other to serve complete supplemental discovery responses including a privilege log if the responding party is withholding any documents due to a claimed privilege. Each party seeks to have the other pay the costs of these Motions.

The Court has carefully considered the record, authorities and the parties' arguments. With the exception of Plaintiff's objection to producing her tax returns, the parties' respective objections to the discovery requests are **OVERRULED**. For the reasons stated in her response brief, Plaintiff's objection to producing her tax returns is **SUSTAINED** without prejudice. After reviewing the discovery responses **ORDERED** below, Defendant may renew its Motion upon a showing of its need for those documents.

**NOW IT IS HEREBY ORDERED** that:

1. Plaintiff's "Motion to Compel …" (document #31) is **GRANTED**.

2. Defendant's "Motion to Compel …" (document #30) is **GRANTED IN PART** and **DENIED IN PART**.  Specifically, the Motion is **DENIED WITHOUT PREJUDICE** as to Plaintiff's tax returns and otherwise **GRANTED**.

3. Within thirty days of this Order, each party shall serve complete supplemental responses to the opposing party's discovery requests.  If either party contends it has already fully responded to a specific request, its shall so state in a verified discovery response.  If either party withholds documents or other information on the grounds of privilege, that party shall produce a privilege log.

4. The parties shall pay their own costs <u>at this time</u>.

5. The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: September 9, 2021

David S. Cayer
United States Magistrate Judge