# NOTICE OF SEALED EXHIBIT

# "EXHIBIT D"

# November 2019 Financial Statement of Defendant, as Prepared by Plaintiff

# (Document Sought to be Sealed by Defendant Pursuant to Separately Filed Motion to Seal)