# NOTICE OF SEALED EXHIBIT

## "EXHIBIT E"

## November 2019 Financial Statement of Defendant, as Corrected by Defendant

## (Document Sought to be Sealed by Defendant Pursuant to Separately Filed Motion to Seal)